PER CURIAM.

(No. 74-CC-581—Claimant

HELLRUNG CONSTRUCTION COMPANY, Claimant, *vs.* STATE OF ILLINOIS, CAPITAL DEVELOPMENT BOARD, Respondent.

*Opinion filed April 17, 1974.*

HELLRUNG CONSTRUCTION COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.